USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonio Sanders,

                      Plaintiff,

-against-

New World Design Build, Inc. et al.,

                      Defendants.

1:19-cv-01071 (JPC) (SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

        A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, June 28, 2021 at 10:00 a.m. The settlement shall proceed by telephone. The Court will provide dial-in information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:      New York, New York
                May 6, 2021

_____
STEWART D. AARON
United States Magistrate Judge