```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ANTONIO SANDERS,                                                   :
                                                                   :
                        Plaintiff,                                 :
                                                                   :     19-CV-1071(JPC)
            -v-                                                    :
                                                                   :         ORDER
NEW WORLD DESIGN BUILD, INC. *et al.*,                             :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 22, 2021, the Court set a briefing schedule for summary judgment motions. Summary judgment motions were due by July 19, 2021. No party filed a motion for summary judgment.

All parties are ordered to appear before the undersigned for a conference on August 30, 2021 at 10:30 a.m. to set a trial-ready date. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: August 19, 2021
      New York, New York

                                              JOHN P. CRONAN
                                      United States District Judge