```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANTONIO SANDERS,                                                       :
                                                                       :
                                       Plaintiff,                      :
                                                                       :        19-CV-1071(JPC)
                        -v-                                            :
                                                                       :        ORDER
NEW WORLD DESIGN BUILD, INC. et al.,                                   :
                                                                       :
                                       Defendants.                     :
                                                                       :
----------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

As discussed at the conference earlier today, the parties should be ready for trial in this case on March 28, 2022. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by February 28, 2022. Any opposition to a motion *in limine* shall be filed by March 7, 2022. Parties should submit courtesy copies in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by March 23, 2022. The parties shall appear for a final pretrial conference on March 22, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

Dated: August 30, 2021  
      New York, New York

                                                   JOHN P. CRONAN  
                                                  United States District Judge