UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANTONIO SANDERS,                                                       :
                                                                       :
                        Plaintiff,     :
                                                                           : 19-CV-1071 (JPC)
            -v-                                                      :
                                                            : ORDER
NEW WORLD DESIGN BUILD, INC. *et al.*,                                  :
                                                                       :
                        Defendants.   :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On August 30, 2021, the Court scheduled this case to be ready for trial to begin on or about March 28, 2022.  By no later than November 12, 2021, the parties shall submit a joint letter to the Court with their current views on whether they still expect the case to proceed to trial as scheduled.

SO ORDERED.

Dated: November 8, 2021
       New York, New York

                                              JOHN P. CRONAN
                                              United States District Judge