UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
ANTONIO SANDERS,                                                     :
                                                                     :
                       Plaintiff,                                       :
                                                                                                    :     19-CV-1071(JPC)
              -v-                                                    :
                                                                                                    :     <u>ORDER</u>
NEW WORLD DESIGN BUILD, INC. *et al.*,                               :
                                                                     :
                       Defendants.                                      :
                                                                     :
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

       The parties shall appear for a status teleconference on December 9, 2021, at 11:30 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: December 3, 2021
       New York, New York

                                                                   JOHN P. CRONAN
                                                         United States District Judge