UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                          :

ANTONIO SANDERS,                                    :

                          Plaintiff,           :

                                                           :               19-CV-1071(JPC)
      -v-                                 :

                                                           :               <u>ORDER</u>
NEW WORLD DESIGN BUILD, INC. *et al.*,          :

                        Defendants.        :

----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      With the consent of all parties given at the status conference on December 9, 2021, the Clerk of the Court is respectfully directed to correct the caption in this case. Defendant "Robert [Last Name Unknown]" who shows as "TERMINATED: 04/23/2020" should instead show as "Robert Bulo" and not show as terminated.

SO ORDERED.

Dated: November 8, 2021
      New York, New York

                                                       JOHN P. CRONAN
                                              United States District Judge