**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
   ANTONIO SANDERS,

                       Civil Case No: 1:19-cv-01071

                Plaintiff,

  -against-                    **[PROPOSED] JUDGMENT**

   NEW WORLD DESIGN BUILD, INC., JOHN
   FARESE, GEORGE BARDIS, ROBERT BULO, and
   JOSE ALDUVI PACHECO,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED** that judgment be entered against Defendant NEW WORLD DESIGN BUILD, INC. in the amount of $45,000 in satisfaction of Plaintiff's claims for relief.

SO ORDERED

Dated: ~~February 17, 2022~~
      February 18, 2022
      New York, New York

                                   */s/ John P. Cronan*
                               Honorable John P. Cronan
                               United States District Judge